463 A.2d 50

Commonwealth v. Webb, Appellant.
Petition for Allowance of Appeal
Denied Nov. 21, 1983.

Submitted April 27, 1983.  John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Judgment of sentence affirmed.